IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| NORTHERN VIRGINIA PROPERTIES, INC., ) ) ) | |
| Plaintiff, ) ) | Case No.: _____ |
| v. ) ) ) | *Removed from the Circuit Court for Loudoun County, Case No. CL-24-1236* |
| TRUIST FINANCIAL CORPORATION, ) ) ) | |
| Defendant. ) | |

### NOTICE OF REMOVAL

Defendant Truist Financial Corporation ("**TFC**"), by and through its undersigned counsel, and pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby submit this Notice of Removal, removing the above-captioned matter pending in the Circuit Court for Loudoun County, Virginia to the United States District Court for the Eastern District of Virginia, Alexandria Division. As grounds for removal of this action, Truist states as follows:

### I. INTRODUCTION

1. On November 4, 2024, Plaintiff Northern Virginia Properties, Inc. ("**Northern Virgnia**") filed a Complaint, styled *Northern Virginia Properties, Inc. v. Truist Financial Corporation*, Case No. CL-24-1236, in the Circuit Court for Loudoun County (the "State Court Action"). A true and correct copy of all pleadings that have been received by TFC in this action to date are attached as **Exhibit A**.

2. TFC was served with the Summons and a copy of the Complaint on March 26, 2024. Pursuant to 28 U.S.C. § 1446(b), removal of this case is timely, as this notice is filed within

thirty (30) days after receipt through service or otherwise of a copy of the initial pleadings setting forth the claim for relief upon which the action or proceeding is based.

3. A true and correct copy of this Notice of Removal will promptly be filed in the Circuit Court for Loudoun County. A true and correct copy of the Notice of Filing of Notice of Removal is attached as **Exhibit B**.

## II. DIVERSITY JURISDICTION

4. Removal of this action is proper under 28 U.S.C. §§ 1332 and 1441(a) because (a) there is complete diversity between and among the parties and (b) the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

5. According to the Complaint, Northern Virginia is a corporation organized and incorporated under the laws of the Commonwealth of Virginia that maintains its place of business at 16957 Simpson Circle, Paeonian Springs, Arlington, Virginia. Northern Virginia is thus a citizen of Virginia for diversity jurisdiction purposes. In contrast, TFI is a corporation organized and incorporated under the laws of the State of North Carolina, with its principal place of business in that state. TFI is thus a citizen of North Carolina for diversity jurisdiction purposes.

6. The Complaint asserts three claims against TFI including breach of contract, gross negligence (or alternatively fraud) and conversion based on the refusal to provide Northern Virginia access to the proceeds of "two wires" totaling $661,921.52 (the "**Funds**"). Northern Virginia alleges that TFI converted the Funds and seeks the return of the Funds plus punitive and compensatory damages in the amount of $50,000.

7. By removing the State Court Action to this Court, TFI does not waive any defenses, objections or motions available to it under the applicable law. In particular, TFI expressly reserves the right to move for dismissal pursuant to Fed. R. Civ. P. 12.

8. Accordingly, because Northern Virginia and TFI are citizens of different States and the amount in controversy exceeds $75,000, exclusive of interest and costs, removal is proper.

9. Venue for removal is proper in this district and division under 28 U.S.C. § 1441(a), because this district and division embrace the Circuit Court for Loudoun County, the forum in which the removed action was pending.

WHEREFORE, for the reasons stated above, Defendant Truist Financial Corporation respectfully requests that the above-referenced case now pending in the Circuit Court for Loudoun County be removed to the United States District Court for the Eastern District of Virginia, Alexandria Division.

Date: April 25, 2024

Respectfully submitted,

TRUIST FINANCIAL CORPORATION
By Counsel

Matthew L. Devendorf (VSB No. 90670)
**MILES & STOCKBRIDGE P.C.**
1751 Pinnacle Drive, Suite 1500
Tysons Corner, Virginia 22102
Telephone: 703-903-9000
Fax: 703-610-8686
mdevendorf@milesstockbridge.com

Brian L. Moffet (*to be admitted pro hac vice*)
**MILES & STOCKBRIDGE, P.C.**
100 Light Street
Baltimore, Maryland 21202
410-385-3656
bmoffet@milesstockbridge.com

*Counsel for Defendant Truist Financial Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 25th day of April 2024, a copy of the foregoing was sent via email and First Class Mail, postage prepaid, to:

Rocco DeLeonardis Esquire
Virginia Law, PLC
11250 Roger Bacon Dr., Suite #19
Reston, Virgina 20190
rocco@virginialawplc.com

*Attorney for Plaintiff*

_____
Matthew L. Devendorf